# 18-CV-22681 UNGARO/WHITE

UNITED STATES DISTRICT COURT
Southern ~~Northern~~ DISTRICT OF FLORIDA

Southern _____ Division

## CIVIL RIGHTS COMPLAINT FORM

Mitchell Young Jr #427007

CASE NUMBER: _____
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

① Captian Rio, ② SArgent Cory
③ Officer Greene ④ Officer John Doe
⑤ Officer John Doe.

South Florida Reception center Et.al

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

FILED by _____ D.C.
JUL 03 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

cat/div 550/1983/MIA
Case #: _____
Judge _____ Mag. White
Motn Ifp Yes Fee pd $ _____
Receipt # _____

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Central Florida Reception Center
(Indicate the name and location)
7000 He Kelly Road Orlando FL, ~~~~~ 32831

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

1 OF 6

DC 225 (Rev 2/2012)

III. ~~[struck through]~~ Administrative Remedies was Exhausted and was Said that the grievance was turn over to the Inspector General office that they would take over an Investigate the matter that I should not Filed No more grievances at This Time. Pre South bay grievance Director and tallahassee.

3) PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Mitchell Young Jr, #427007

Mailing address: Central Florida Reception Center, Orlando FL 32831

B. Additional Plaintiffs: _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: ~~Defendants~~ Captian Rio

Mailing Address: South Florida Reception Center 14000 NW 41st Street Doral Florida 33178

Position: Captian or Shift Supervisor

Employed at: South Florida Reception Center

D. Defendant: Sargent Cory

Mailing Address: South Florida Reception Center 14000 NW 41st Street Doral Florida 33178

DC 225 (Rev 2/2012)

2 OF 6

Position: Sargent

Employed at: South Florida Reception Center

E. Defendant: Officer Greene

Mailing Address: South Florida Reception Center 14000 NW 41st Street Doral Florida 33178

Position: Officer

Employed at: South Florida Reception Center

F. Defendant: Officer John Doe

Mailing Address: South Florida Reception Center 14000 NW 41st doral Florida 33178

Position: Officer who work on 12/16/16 and 12/15/16 the Day I was Violated

Employed at: South Florida Reception Center

G. Defendant: Officer John Doe

Mailing Address: South Florida Reception Center 14000 NW 41st doral Florida 33178

Position: Officer who work on 12/15/16 And 12/16/16 the Day I was Violated.

Employed at: South Florida Reception Center.

4. **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

The denfendant used excessive force against me, plaintiff Mitchell young, thier action violated all prison rules and violated my rights under the eight Amendment to the united State Constitution and couse plaintiff Mitchell young Jr #y27007 Pain, Suffering, physical Injury and emotional distress

5. **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

Caption R.O. was involed because he was the Shift Supervisor on the day of 12/15/16 and 12/16/16, he knew what was About to happen and talk to me before i was takken An A" He was incharged that day at the "South Florida Reception Center" Sirgent Curry or Corey, Officer Greene and both of the outher unknow officer we involved for on the knight of 12/15/16 and the morning of 12/15/16 at the South Florida Reception Center on the 11 to 7am shift for Removing me

From K-Dorm Bunk 2104-upper and taking me to there T&R or tranfer and Receving Building. beating me. These defendant used and Continues to use excessive Force agianst me the Plantiff Mitchell yang jr #427007, by punching him & kicking him while he was on the ground. They repeatedly kick him in the upper body, Lower body, Face and mid section and at no time was Inmate M. young violating ony prison Rules, Nor acting disruptively, in Any way. The Defendants Action violated and Continues to vidated Plaintiff M.young Rights under the Eight Amendment to the united State Constitution and is Causeing the Plaintiff Mitchell young jr Pain, Suffering, physical injury, emotional distress, on that night the plaintiff was taken back to K-Dorm place back in Cell K2104-upper with out any medical help Next day the plaintiff told Captian he had broken ribs, Captian ask how do you know plaintiff said I herd and Felt them break in the beating Captian responce was I'll take you to medical when I come back to work tonight, on the Next shift with sergent barker plaintiff mitchell young #427007 Call an medical emergency where he was treated by a Nurse Gain or Gian on monday x-ray was taken which Later Showed defendant had broken Rib and Fracture Ribe plus muti bruseing.

6) <u>RELIEF REQUESTED</u>: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

WhereFore, Plaintiff Respectfully Pray that this Court

Judgement, "Granting Plaintiff Mitchell Young Compensatory damages in the Amount of 250,000.00 Against each defendant Jointly and Severally." Mitchell Young seek Punitive damages in the Amount of 200,000.00 against each defendant Jointly and Severally." Plaintiff Mitchell Young Also seek Jury trial on All Issues triable by Jury." Plaintiff Also seek Recovery of their Cost in Suit, and Any Additional Relief this Court deems Just, Proper and equitable

Plaintiff ask 100,000.00 For Not giveing him the medical help that Was Needed the Night of the beating.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 27 day of June, 2018.

Mitchell young Jr #Y27007

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _____ day of June 27, 2018.

DC 225 (Rev 2/2012)

6 OF 6

Mitchell Young Jr #J74004 H1130-u
Central Florida Reception Center
7000 He Kelly Road
Orlando, Florida, 32831

LEGAL MAIL

Clerk United States District Courts
400 N. Miami Ave 8th Floor
Miami, Florida 33128